FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

April 24, 2024

District Clerk Mclennan County
P.O. Box 2451
Waco, TX 76703
* Delivered Via E-Mail *

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
* Delivered Via E-Mail *

**Re:** Spivey, Travis Layton
**CCA No.** PD-0720-22
**Trial Court Case No.** 2017-2107-C1

**COA No.** 10-22-00111-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:   Blakely Mohr (Delivered Via E-Mail)
      Sterling Alan Harmon (Delivered Via E-Mail)
      Kerry X. Yanez (Delivered Via E-Mail)
      Robert Wilson (Delivered Via E-Mail)
      State Prosecuting Attorney (Delivered Via E-Mail)
      Presiding Judge 19th District Court (Delivered Via E-Mail)
      District Attorney Mclennan County (Delivered Via E-Mail)